UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MERKELO, HANNA MERKELO-CHEBERENCHYK, | No. 2:14-cv-2400-KJM-EFB PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| GEORGINA SPIDELL, | |
| Defendant. | |

This action, in which the parties are *pro* se, proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 14, 2014, defendant Georgina Spidell, proceeding pro se, filed a second and duplicative notice of removal, which purports to remove plaintiffs' unlawful detainer action, filed as Sacramento County Superior Court case number 14UD04126. ECF No. 1 at 6.[1] As discussed below, the assigned district judge remanded the unlawful detainer action to the state court on October 28, 2014 and Spidell's removal petition filed on October 14 is duplicative.

---

[1] The notice of removal includes a copy of defendant's answer filed in the state court, but does not include a copy of the complaint. However, the notice identifies the same superior court case number as the complaint removed in 2:14-cv-2010-KJM-EFB PS.
  Also on October 14, 2014, defendant filed applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. ECF No. 2. However, in light of the recommendation herein that this action be remanded, defendant's requests to proceed *in forma pauperis* is moot.

1

1    Plaintiffs filed the unlawful detainer action in state court on June 9, 2014, against
2    Georgina and Rodney Spidell.  Defendant Rodney Spidell[2] filed a notice of removal on August
3    29, 2014, which resulted in a civil action being opened in this court as *Merkelo v. Spidell*, No.
4    2:14-cv-2010-KJM-EFB (*Merkelo I*), ECF No. 1 (removing Sacramento County Superior Court
5    case number 14UD04126).  Judge Mueller ordered the action remanded to the state court on
6    October 28, 2014.  *Id*. at ECF No. 9.  During the interim, while the first removal was still pending
7    before this court, Georgina Spidell filed the second and duplicative notice of removal on October
8    14, 2014, purporting to remove the same Superior Court case number 14UD04126.  She did not,
9    however, file the required notice of related cases, *see* Local Rule 123, or otherwise file any notice
10   informing the court that Rodney Spidell had previously sought to remove the same action.  Thus,
11   the clerk opened a second and duplicative civil case in this court.

12        It is clear that the notice of removal filed by Georgina Spidell seeks to remove the
13   identical unlawful detainer action that had purportedly already been removed to this court and has
14   since been remanded in *Merkelo I*.  *See Merkelo v. Spidell*, No. 2:14-cv-2400-KJM-EFB (*Merkelo*
15   *II*) (again purporting to remove Sacramento County Superior Court case number 14UD04126).
16   Apart from Georgina Spidell finally joining in the removal attempted by Rodney Spidell, her
17   removal petition is completely duplicative of *Merkelo I* and must be remanded for the same
18   reasons as *Merkelo I*.  *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (holding
19   that a complaint that "merely repeats pending or previously litigated claims" may be dismissed as
20   frivolous under the authority of then-numbered 28 U.S.C. § 1915(d)); *see also Adams v. Cal.*
21   *Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to
22   maintain two separate actions involving the same subject matter at the same time in the same
23   court and against the same defendant." ) (citation and quotation marks omitted), *cert. denied*, 552
24   U.S. 1076 (2007); *accord Kahre v. Damm*, 342 F. App'x 267, 268-69 (9th Cir. 2009) (affirming
25   /////

26

27       [2] The complaint named both Rodney and Georgina Spidell, *Merkelo I,* ECF No. 1, p. 25
     of 37 at ¶ 1.  However, only Rodney Spidell signed the first notice of removal and only he was
28   listed in the caption of his notice and removal petition.

dismissal of later-filed case where that case contained claims that were almost entirely duplicative of claims asserted in an earlier-filed case).

For the reasons stated above and in this court's earlier Findings and Recommendation and in Judge Mueller's remand order filed in *Merkelo I,* ECF Nos. 3 and 9, this matter must be remanded to the state court.

Accordingly, it is hereby RECOMMENDED that *Merkelo II* be remanded to the Superior Court of the State of California in and for the County of Sacramento and that the Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED:  November 20, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE