UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MERKELO, HANNA MERKELO-CHEBERENCHYK,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGINA SPIDELL,<br><br>Defendant. | No.  2:14-cv-2400-KJM-EFB PS<br><br><br>ORDER |

On November 21, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Although it appears from the file that plaintiffs' copy of the findings and recommendations was returned, plaintiffs were properly served.  It is the plaintiffs' responsibility to keep the court apprised of their current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

/////

the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed November 21, 2014, are ADOPTED;

2. This case is remanded to the Superior Court of the State of California in and for the County of Sacramento; and

3. The Clerk is directed to close this case.

DATED: February 10, 2015.

_____
UNITED STATES DISTRICT JUDGE